[L. A. No. 7701. In Bank.—August 27, 1925.]

W. H. O'DELL, Appellant, v. W. H. HALL et al.,
Respondents.

[1] APPEAL—ALTERNATIVE METHOD—INSUFFICIENT RECORD.—Upon an
appeal under the alternative method from a judgment entered
after sustaining a demurrer to the complaint, where no argument
is made or authority cited in support of the sufficiency of the
complaint, appellant has not printed in his brief, or in the sup-
plement thereto, any portion of the record he would call to the
attention of the supreme court, nor asked for time to print and
file a supplemental brief, there is no record upon which to con-
sider the merits of the appeal.

(1) 3 C. J., p. 1444, n. 1.

APPEAL from a judgment of the Superior Court of
Kern County. T. N. Harvey, Judge. Affirmed.

The facts are stated in the opinion of the court.

George M. Cook for Appellant.

Irwin & Laird, Charles del Bondio, Rowen Irwin, Rollin
Laird and T. F. Allen for Respondents.

WASTE, J.—In an action for false imprisonment brought
by the plaintiff against three peace officers of the city of
Taft and the American Surety Company, surety on the
official bond of the defendant city marshal, the defendants
demurred jointly to the second amended complaint. The
court overruled the demurrer as to the three defendant peace
officers, but sustained it as to the defendant surety, without
leave to amend. From the judgment thereupon entered in
favor of the Surety Company the plaintiff has appealed.

The appeal is taken under the alternative method. The
only point or argument made in support of the appeal is
found in appellant's two-page opening brief (the only one
filed), wherein he says: "There is nothing in the record by
which this court may even infer as to or upon what grounds
the judge of the superior court sustained the demurrer of the
American Surety Company." No argument is made and no
authorities are cited in support of the sufficiency of the

complaint as against the demurrer which was sustained. Appellant has not printed in his brief, or in a supplement thereto, any portion of the record he would call to the attention of this court, nor has he at any time asked· for an extension of time in which to print and file a supplemental brief, as he might have done under section 953c of the Code of Civil Procedure as amended in 1923 (Stats. 1923, p. 748). [1] There is, therefore, no record here presented in the manner prescribed by law upon which this court can consider the merits of the appeal.

The judgment is affirmed.

Lawlor, Acting C. J., Lennon, J., Seawell, J., Houser, J., *pro tem.,* Knight, J., *pro tem.,* and Richards, J., concurred.